UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN MITCHELL-HOLLIMAN,
Plaintiff,

-vs-   Case No. 6:06-cv-1789-Orl-18KRS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,
Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings. The Clerk of the Court shall enter judgment accordingly and close the case.

It is **SO ORDERED** in Orlando, Florida, this 23 day of January, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge