# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBIN MITCHELL-HOLLIMAN,**
        **Plaintiff,**

**-vs-**                                    **Case No. 6:06-cv-1789-Orl-18KRS**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY,**
        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D) (Doc. No. 18)** |
| **FILED:** | **April 22, 2008** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

The plaintiff, Robin Mitchell-Holliman, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on January 24, 2008. Doc. No. 17. An award of fees is, therefore, ripe for consideration.

Mitchell-Holliman's attorney seeks $4,731.83 in attorney's fees for 28.6 hours of work: 4.1 hours of work performed in 2006; and 24.5 hours of work performed in 2007 and 2008. Doc. No. 18-3. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated

under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Mitchell-Holliman has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $162.57 per hour for work performed in 2006, and $165.93 for work performed in 2007 and 2008. Doc. No. 18-2. This would lead to an award of $666.54 for work performed in 2006, and $4,065.29 for work performed in 2007 and 2008, for a total award of $4,731.83. The defendant, the Commissioner of Social Security, does not oppose awarding the amount requested. Doc. No. 19.

After reviewing the papers submitted by Mitchell-Holliman, I find that the fees requested are appropriate in the absence of objection.

Mitchell-Holliman submitted an Assignment by which she assigned any attorney's fees awarded by the Court to Attorney Fugate. Doc. No. 18-4. Accordingly, it is **RECOMMENDED** that the Commissioner pay to Attorney Fugate $4,731.83 in attorney's fees.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 6, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy