UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN MITCHELL-HOLLIMAN,
  Plaintiff,

-vs-                                                                Case No. 6:06-cv-1789-Orl-18KRS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,
  Defendant.

---

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (D) (Doc. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The Commissioner shall pay to Attorney Fugate $4,731.83 in attorney's fees.

It is SO ORDERED in Orlando, Florida, this 23 day of June, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge